### No. 7.

#### WILLARD *against* BREWSTER.   *Addison*, 1816.

A promise, by an administrator, in consideration of assets, is good.

THIS was a promise to pay a note of hand against the intestate, made before the commissioners closed their doings, and the note was not presented to the commissioners for allowance.